**People of the State of Illinois, Defendant in Error, v. Jean Lehman, Alias Gene Edward Lehman, Alias William A. Murdock, Plaintiff in Error.**

**Gen. No. 10,539. (Abstract of Decision.)**

Fourth District.
June 11, 1964.

Jean Edward Lehman, per se, plaintiff in error; William G. Clark, Attorney General, of Springfield (Raymond L. Terrell, State's

Attorney, Fred G. Leach, E. Michael O'Brien, Assistant Attorneys General, and C. Joseph Cavanagh, Assistant State's Attorney, of counsel), for defendant in error. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.